February 14, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

R.M SPRAGUE, Appellant

NO. 14-08-00700-CV                 V.

D.L. SPRAGUE, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, D.L. Sprague, signed June 16, 2008, was heard on the transcript of the record. We have inspected the record and find the trial court erred in excluding all evidence that any portion of the amounts payable to appellant, R.M. Sprague, under his employer's "Cash Deferral Program" was his separate property; sanctioning appellant, R.M. Sprague, for a claimed delay in transferring certain funds to appellee, D.L. Sprague; and in awarding attorneys' fees for appellee, D.L. Sprague.. We therefore order that We therefore order that the property-division portion of the divorce decree, as well as the trial court's post-judgment sanctions order and the associated temporary order pending the appeal of the sanctions order, are **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order appellant, R.M. Sprague, to pay all costs incurred in this appeal. We further order this decision certified below for observance.